IN THE SUPREME COURT OF TEXAS

 No. 08-0836

 IN RE WEEKLEY HOMES, L.P.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's unopposed emergency motion for stay pending
resolution of petition for writ of mandamus, filed October 3, 2008, is
granted. The Order Establishing Procedure for Examination of Computer
Hard Drive and Protective Order dated August 25, 2008, in Cause No. 06-
07736, styled HFG Enclave Land Interests, Ltd. v. Enclave at Forney Branch,
Ltd., et al., in the 134th District Court of Dallas County, Texas, is
stayed pending further order of this Court.
 2. The real party in interest is requested to respond to relator's
petition for writ of mandamus on or before 3:00 p.m., October 16, 2008.
 3. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this October 06, 2008.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk